RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for
CHRISTOPHER ARNOLD WENDELIN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ARNOLD WENDELIN,<br><br>　　　　　　Defendant. | **Case No.:** 2:13-cr-216-MMD-VCF<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

　　　　COMES NOW the defendant, CHRISTOPHER ARNOLD WENDELIN, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public Defender, counsel for defendant and files this Motion to Conduct a Pre-Plea Presentence Investigation Report on CHRISTOPHER ARNOLD WENDELIN for the following reasons.

　　　　DATED this 14th day of August 2013.

　　　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　　*/s/ BRENDA WEKSLER*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

**UNOPPOSED MOTION FOR PREPARATION OF PRE-PLEA PSI**

On June 11, 2013 Christopher Arnold Wendelin (Wendelin) was charged with Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g). The parties agree that having a good understanding of his criminal history is important to the future proceedings of this case. Trial in this matter is not set until January 7, 2014. For these reasons, the parties respectfully request that a pre-plea PSI be conducted in this matter.

DATED this 14th day of August 2013.

                                          Respectfully submitted,
                                          RENE L. VALLADARES
                                          Federal Public Defender

                                          */s/ BRENDA WEKSLER*
                                          _____
                                          BRENDA WEKSLER
                                          Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ARNOLD WENDELIN,<br><br>Defendant. | **Case No.:** 2:13-cr-216-MMD-VCF<br><br>**ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for CHRISTOPHER ARNOLD WENDELIN.

DATED: 14th Day of August 2013.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law Offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on August 14, 2013, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

            /SNancy Vasquez            
Nancy Vasquez, Senior Legal Assistant to
BRENDA WEKSLER,
Assistant Federal Public Defender

4