FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 23 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:13-CR-216-MMD-(VCF) |
| CHRISTOPHER ARNOLD WENDELIN, | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on January 23, 2014, defendant CHRISTOPHER ARNOLD WENDELIN pled guilty to a One-Count Superseding Criminal Information charging him with Possession of a Stolen Firearm in violation of Title 18, United States Code, Section 922(j). Superseding Criminal Information, ECF No. 29; Change of Plea Minutes, ECF No. 33; Plea Agreement, ECF No. 30.

This Court finds defendant CHRISTOPHER ARNOLD WENDELIN agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information. Superseding Criminal Information, ECF No. 29; Change of Plea Minutes, ECF No. 33; Plea Agreement, ECF No. 30.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

. . .

1 Allegation of the Superseding Criminal Information and the offense to which defendant
2 CHRISTOPHER ARNOLD WENDELIN pled guilty.

3 The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
4 924(d)(1) and Title 28, United States Code, Section 2461(c):

5     1. a Navy Arms 9mm pistol, model TU90, serial number 0977;

6     2. a Jimenez Arms .380 caliber pistol, model TA380, serial number 081244;

7     3. approximately five rounds of .380 ammunition; and

8     4. any and all ammunition

9 (all of which constitutes "property").

10 This Court finds the United States of America is now entitled to, and should, reduce the
11 aforementioned property to the possession of the United States of America.

12 NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
13 United States of America should seize the aforementioned property.

14 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
15 CHRISTOPHER ARNOLD WENDELIN in the aforementioned property is forfeited and is vested in
16 the United States of America and shall be safely held by the United States of America until further
17 order of the Court.

18 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
19 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
20 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
21 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
22 name and contact information for the government attorney to be served with the petition, pursuant to
23 Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

24 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
25 who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
26 the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 23 day of January, 2014.

UNITED STATES DISTRICT JUDGE