UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ARNOLD WENDELIN,<br><br>Defendant. | Case No. 2:13-cr-00216-MMD-VCF<br><br>ORDER |

Before the Court is Defendant Christopher Wendelin's Motion to Dismiss Counsel and Appoint New Counsel (dkt. no. 44). Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case. Therefore, Defendant's request will be denied as it is procedurally barred. However, counsel for Christopher Wendelin is directed to meet and confer with her client to determine if there is any reason why counsel believes she would not be able to meaningfully represent Defendant further in these proceedings. Upon the request of Defendant's counsel, the Court will conduct a sealed status conference concerning this issue.

ENTERED THIS 1st day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE