# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CHRISTOPHER ARNOLD WENDELIN,<br><br>Defendant. | Case No. 2:13-cr-00216-MMD-VCF<br><br>ORDER |

Good cause appearing, it is ordered that the Ex Parte Motion to Withdraw and Appointment of New Counsel (dkt. no. 46) is granted.

It is hereby ordered that new counsel from the CJA panel be appointed forthwith to represent defendant, because the interests of justice so require.

DATED THIS 10th day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE