UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>CHRISTOPHER ARNOLD WENDELIN,<br><br>　　　　　　　　　　Defendant. | Case No. 2:13-cr-00216-MMD-VCF<br><br>ORDER APPOINTING COUNSEL |

On June 26, 2013, the Federal Public Defender was appointed to represent Christopher Arnold Wendelin. The Court has been advised that a conflict exists.

It is hereby ordered that David T. Brown is appointed as counsel for Christopher Arnold Wendelin in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Brown forthwith.

DATED THIS 15th day of July 2014.
*Nunc pro tunc dated July 14, 2014.*

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE