**DO NOT FILE**

Prob12A
D/NV Form
Rev. June 2014

## United States District Court
## for
## the District of Nevada

### REPORT ON OFFENDER
### UNDER SUPERVISION
### September 23, 2020

Name of Offender: **Christopher Arnold Wendelin**

Case Number: **2:13CR00216**

Name of Sentencing Judicial Officer: **Honorable Miranda M. Du**

Date of Original Sentence: **January 15, 2015**

Original Offense: **Possession of a Stolen Firearm**

Original Sentence: **95 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **June 27, 2019**

Name of Assigned Judicial Officer: **Honorable Miranda M. Du**

### U. S. PROBATION OFFICER ACTION SUMMARY

On September 15, 2020, Christopher Wendelin's Term of Supervised Release was revoked due to his possession of a controlled substance, leaving the judicial district without permission of the probation officer, failure to report address change, and failed to file a monthly report in July 2020. He was subsequently sentenced to four months custody to be followed by a 32-month Term of Supervised Release. As a condition of supervised release, and as reflected in the Judgment, it was ordered that: "Upon release from custody, you must reside in a residential reentry center for a term of up to seven months and participate in the CARE program. You must follow the rules and regulations of the center."

On or about September 14, 2000, the United States District Court for the District of Nevada adopted the following Special Condition language, specifically as it relates to the CARE program.

RE: Christopher Arnold Wendelin  **DO NOT FILE**

Prob12A
D/NV Form
Rev. June 2014

**C.A.R.E. Program** – You shall participate in the C.A.R.E. Program for a period of up to seven months as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, or any controlled substance, and/or any form of synthetic marijuana or synthetic stimulants, you will be taken into custody for a minimum period of seven days.

Based upon this language, it is respectfully requested the Judgment in this matter be amended accordingly.

Respectfully submitted,

*[Signature]*
Digitally signed by Brianna King
Date: 2020.09.23 15:33:40 -07'00'

Brianna King
United States Probation Officer

Approved:

*[Signature]*
Digitally signed by Brian Blevins
Date: 2020.09.23 15:31:09 -07'00'

Brian Blevins
Supervisory United States Probation Officer

Please indicate your response below and return to the Probation Office:

☑   Concur with the proposed course of action.

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

*[Signature]*
Signature of Judicial Officer

 9/23/2020
Date